UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. _____ |
| v. | ) ) ) | |
| KELLY SERVICES INCORPORATED, | ) ) | **COMPLAINT** (Jury Trial Demand) |
| Defendant. | ) ) | |

_____)_____

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII") and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of religion and to provide appropriate relief to Asma Suliman who was adversely affected by such practices.  The EEOC alleges that Defendant Kelly Services, Inc. ("Kelly Services") discriminated against Asma Suliman because of her religion, Islam, by failing to accommodate her religious beliefs, and failing to refer her for employment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3);  and Section 102 of the Civil Rights Act of 1991,  42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the District of Minnesota.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Kelly Services has continuously been a Delaware corporation doing business in the State of Minnesota, and the City of St. Cloud and has continuously had at least 15 employees.

5. At all relevant times, Defendant Kelly Services has procured for employees opportunities to work for an employer and has been an employment agency within the meaning of Section 701(c) of Title VII, 42 U.S.C. § 2000e(c).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Asma Suliman filed a charge with the Commission alleging violation of Title VII by Defendant. All administrative conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least August, 2004 Defendant has engaged in unlawful employment practices at its St. Cloud, Minnesota office in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a) by discriminating against Asma Suliman on the basis of her religion by failing to accommodate her religious beliefs and refusing to refer her to a client for work because of her religion. More particularly,

    a.    Ms. Suliman was accepted for referral by Kelly Services in August, 2004.

    b.    On or about August 10, 2004, Kelly Services refused to refer Ms. Suliman for a full time position at Nathan's Printing Press, because she refused to remove her Khimar, a scarf which covers her hair, as required by her religion, Islam.

8.    The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Suliman of equal employment opportunities and otherwise adversely affect her status as an employee because of her religion.

9.    The unlawful employment practices complained of in paragraphs 7 and 8 above were and are intentional.

10.    The unlawful employment practice complained of in paragraphs 7 and 8 above were and are done with malice or with reckless indifference to the federally protected rights of Ms. Suliman.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it from engaging in discrimination by failing to accommodate religious beliefs and any other employment practice which discriminates on the basis of religion made unlawful by Title VII.

B.    Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees regardless of their religious beliefs.

C.    Order Defendant to make whole Ms. Suliman by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effect of its unlawful employment practices.

D. Order Defendants to make whole Ms. Suliman by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

E. Order Defendant to make whole Ms. Suliman by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described above, including emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay punitive damages to Ms. Suliman for its malicious and/or reckless conduct, described above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

**JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by this Complaint.

DATED this 26th day of September, 2007.

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        1801 L Street, N.W.
        Washington, D.C.  20507


        s/John C. Hendrickson
        John C. Hendrickson
        Regional Attorney


        s/Jean P. Kamp
        Jean P. Kamp
        Associate Regional Attorney


        s/Robert F. Tomlinson
        Robert F. Tomlinson
        Senior Trial Attorney

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        Milwaukee Area Office
        310 West Wisconsin Ave., Suite 800
        Milwaukee, Wisconsin  53203
        (414) 297-3465